# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

David Featherstone,

    Plaintiff,

v.

Rieke Packaging Systems,

    Defendant.

Case No. 2:16–cv–663

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On April 10, 2018, Magistrate Judge Jolson issued a report and recommendation ("R&R") recommending that this action be dismissed for failure to prosecute. ECF No. 12. Magistrate Judge Jolson notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 2. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**, and this case is **DISMISSED** in its entirety. The Clerk is **DIRECTED** to terminate this case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**